United States District Court
Southern District of Texas
**ENTERED**
December 12, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JORGE CEDILLO, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-949 |
| § | |
| LIBERTY MUTUAL INSURANCE § | |
| COMPANY, *et al*, § | |
| § | |
| Defendants. § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on defendants LIBERTY INSURANCE CORPORATION (incorrectly named as "Liberty Mutual Insurance Company") and MARSHALL LEE DRAKE's, and plaintiffs JORGE CEDILLO AND CHRISTINE CEDILLO's Joint Motion for Dismissal With Prejudice. Upon consideration of the Motion, and it appearing same is for good cause and that the claims and causes of action herein have been settled by the parties, the Court is of the opinion that the Motion be, and hereby is, GRANTED.

It is, therefore, ORDERED that this matter is hereby DISMISSED WITH PREJUDICE, each party to bear their respective costs.

This Order disposes of all claims and all issues by and between the parties and constitutes a final appealable order.

It is so **ORDERED**.

SIGNED on this 12th day of December, 2016.

_____
Kenneth M. Hoyt
United States District Judge